Wendy Musell (SBN 203507)
wmusell@wendymuselllaw.com
Katherine Smith (SBN 295726)
ksmith@wendymuselllaw.com
LAW OFFICES OF WENDY MUSELL PC
66 Franklin Street, Suite 300
Oakland, CA 94607
Tel: (510) 270-2252
Fax: (510) 228-1391

Attorneys for Plaintiff
Christopher Hancock

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER HANCOCK, an individual, <br><br> Plaintiff, <br><br> v. <br><br> LINDE; LINDE GAS & EQUIPMENT INC.; and DOES 1-10, <br> Defendants. | Case No. 3:24-CV-03388-WHA <br><br> STIPULATED DISMISSAL |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41 Plaintiff Christopher Hancock, and defendants LINDE; and LINDE GAS & EQUIPMENT INC. hereby stipulate that the above captioned federal action by Plaintiff against all Defendants is dismissed, with prejudice, as the case has been resolved through settlement. Each side will bear its own costs and fees.  **Absent any clarifying joint stipulation filed today, where this joint stipulation binds Linde, it means equally Linde Inc. (see Dkt. No. 19 at 11 (conceding identity)).**

Dated: June 30, 2025                         LAW OFFICES OF WENDY MUSELL PC
**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**
                                             By: _____
                                                  WENDY MUSELL

1

Dated: June 30, 2025

LITTLER

By: /s/ Susan T. Ye
BENJAMIN A. EMMERT
SUSAN YE
Attorneys for Defendants

**IT IS SO ORDERED.**

Dated: **June 30, 2025**

Hon. William H. Alsup
**UNITED STATES DISTRICT JUDGE**

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.